**SO ORDERED.**
**SIGNED this 11th day of January, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:      Deanne Elizabeth Vinsant                    #17-33245-SHB
                                                          Chapter 13

**ORDER DENYING DISCHARGE**

The Chapter 13 Trustee having objected to the debtor receiving a discharge and no defense being raised it is hereby ordered that pursuant to 11 U.S.C. §1328 (f) the debtor is not entitled to receive a discharge in this Chapter 13 case due to receiving a discharge in a prior Chapter 7 # 15-30175 filed on January 21, 2015 and discharged on or about April 24, 2015.

It is hereby **ORDERED** that this case shall, at the appropriate time, be closed without an Order of Discharge being entered on behalf of the debtor(s) pursuant to 11 U.S.C. §1328(f).

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995